Lew Wallace, Appellant, v. Oswald D. Heck, Individually and as Assembly-man and Speaker of the State Assembly of New York, et al., Respondents.— Motion to dismiss appeal granted by default, without costs, and appeal dismissed, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.